# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jonathan Daniel Pippinger**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:23-cv-00355-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Buncombe County Government Employees, et al.**,** | ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 3, 2024 Order.

June 3, 2024

_____

Katherine Hord Simon, Clerk
United States District Court